MAURICE J. RETHEN, Appellant, v. JEANETTE RETHEN, Respondent.— Motion to dismiss appeal denied. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

BENJAMIN SCHWARTZ, Appellant, v. " PHILIP " VIDERS, etc., Respondent.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

SAMUEL L. SHAPIRO, Respondent, v. JENNIE SHAPIRO and Others, Defendants. LILLIAN C. SCHWARTZMAN, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Motion for affirmance of judgment denied. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

ELSIE SITRA, Appellant, v. JOSEPH SITRA, Respondent.— Motion to add appeal to February calendar denied. If the appeal be perfected it may be brought on for argument on February eighteenth, under the rule. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

LOTTIE SNYDER, Appellant, v. CHARLES J. PINTEL, Respondent.— Motion to resettle order denied. The decision of this court fairly imports that this is not a proper case for a *lis pendens*. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

SPENCER, WHITE & PRENTIS, INC., Respondent, v. THE BIKUR CHOLIM KOSHER HOSPITAL OF THE HEBREW LADIES OF BROOKLYN, INC., Owner, Respondent. JOSEPH J. SULIN, Appellant, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

FANNIE STAMBLER, Appellant, v. THOMAS J. WALSH, as Receiver of SAMUEL CAVEN, Respondent.— Motion for reargument denied. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

· ANNA VANELLA, Respondent, v. THE CITY OF NEW YORK, Appellant.— Motion for reargument denied. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

JOHN WIDMAR, Respondent, v. M. HURE HEALEY, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to Court of Appeals. Present — Kelly, P. J., Manning, Young and Lazansky, JJ.; Hagarty, J., taking no part.

ESTHER WITTNER, Respondent, v. BARNE SILVER, etc., Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

HARRY WITTNER, Respondent, v. BARNE SILVER, etc., Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.